RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Leonard Graves

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LEONARD GRAVES,<br><br>    Defendant. | Case No. 2:20-mj-00756-EJY<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Leonard Graves, that the Preliminary Hearing currently scheduled on May 12, 2022 at 4:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The parties require additional time to discuss the potential for a Pre-Indictment negotiation.

2. Counsel for the defendant will require additional time to review and investigate discovery and meet with the client to discuss the details prior to proceeding.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the second request for continuance filed herein.

DATED: May 5, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By  /s/ *Joanne L. Diamond*<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By /s/ *Melanee Smith*<br>MELANEE SMITH<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00756-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| LEONARD GRAVES, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on May 12, 2022 at the hour of 4:00 p.m., be vacated and continued to June 13, 2022 at the hour of 4:00 p.m., in a courtroom to be determined.

DATED this 5th day of May, 2022.

_____
UNITED STATES MAGISTRATE JUDGE