UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00756-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| LEONARD GRAVES, | |
| Defendant. | |

Pending before the Court is the Emergency Motion to Dismiss Complaint/Immediate Release. ECF No. 16. This Motion was filed by Mr. Graves who is represented by the Federal Public Defender's Office and Assistant Federal Public Defender Joanne Diamond. LR IA 11-6 states, in pertinent part, that "a party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney."

Accordingly, IT IS HEREBY ORDERED that the Emergency Motion to Dismiss Complaint/Immediate Release (ECF No. 16) is DENIED without prejudice as filed in violation of LR IA 11-6.

Dated this 24th day of May, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1