# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00756-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| LEONARD GRAVES, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on August 12, 2022 at the hour of 4:00 p.m., be vacated and continued to October 12, 2022 at the hour of 4:00 p.m. in Courtroom 3A.

DATED this 11th day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE