RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Leonard Graves

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00180-APG-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| LEONARD GRAVES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Leonard Graves, that the Revocation Hearing currently scheduled on April 24, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than twenty-one (21) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel has a bench trial in *United States v. Bryce Verhonich*, 2:23-mj-00315-DJA, scheduled to begin at 9:00 a.m. on April 24, 2024. The trial will not conclude before the revocation hearing in this matter, set for 10:00 a.m.

2. In addition, defense counsel needs additional time to review discovery, once it is provided, and to meet and confer with the defendant.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED: April 12, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joanne L. Diamond*<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By */s/ Melanee Smith*<br>MELANEE SMITH<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00180-APG-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| LEONARD GRAVES, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, April 24, 2024 at 10:00 a.m., be vacated and continued to May 16, 2024 at the hour of 10:00 a.m. in Courtroom 6C.

DATED this 15th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE

3