**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br>v.<br><br>LEONARD GRAVES,<br><br>    Defendant | Case No. 2:22-cr-00180-APG-EJY-1<br><br>**Order to Transport Inmate**<br>**Leonard Graves 93277-509** |

The parties appeared before the court on May 16, 2024, for a hearing regarding Revocation of Supervised Release. The defendant is presently in custody. IT IS HEREBY ORDERED that defendant Leonard Graves shall be released from custody in Las Vegas, Nevada, on June 6, 2024 to the United States Probation Office for transfer to WestCare.

DATED: May 29, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE