RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Leonard Graves

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>LEONARD GRAVES,<br><br>           Defendant. | Case No. 2:22-cr-00180-APG-EJY<br><br>**STIPULATION TO CONTINUE STATUS HEARING**<br>(First Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Leonard Graves, that the Status Hearing currently scheduled on October 15, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

      This Stipulation is entered into for the following reasons:

      1.    Government counsel has a conflict on the currently scheduled hearing date.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the status hearing.

DATED October 10, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joanne L. Diamond*<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By */s/ Melanee Smith*<br>MELANEE SMITH<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00180-APG-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| LEONARD GRAVES, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the status hearing currently scheduled for Tuesday, October 15, 2024 at 10:00 a.m., be vacated and continued to October 30, 2024 at the hour of 2:30 p.m. in Courtroom 6C.

DATED this 10th day of October, 2024.

UNITED STATES DISTRICT JUDGE

3